AO 241
(Rev. 12/04)

07cv462

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: | DELAWARE |
|---|---|---|

| Name (under which you were convicted): | Docket or Case No.: |
|---|---|
| Donald L. Dailey, Sr. | 0210012813 |

| Place of Confinement : | Prisoner No.: |
|---|---|
| Delaware Correctional Center | S.B.I. # 00257258 |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| DONALD L. DAILEY, SR.        v. | THOMAS CARROLL |

The Attorney General of the State of Beau Biden

EVIDENTIARY HEARING REQUESTED

## PETITION

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:

Sussex Superior Court, 1 The Circle, Georgetown, DE 19947

(b) Criminal docket or case number (if you know):    0210012813

2.    (a) Date of the judgment of conviction (if you know):    August 6, 2003

(b) Date of sentencing:    August 7, 2003

3.    **Length of sentence:**    Thirty-five (35) years, suspended after fourteen (14)

4.    In this case, were you convicted on more than one count or of more than one crime?    ☒ Yes    ☐ No

5.    Identify all crimes of which you were convicted and sentenced in this case:
Three (3) counts of 3rd Degree Rape

07cv462

FILED

JUL 24 2007

R.G.scam
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

6.    (a) What was your plea? (Check one)

☐ (1)    Not guilty          ☒ (3)    Nolo contendere (no contest)

☐ (2)    Guilty              ☐ (4)    Insanity plea

AO 241
(Rev. 12/04)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☐  Jury   ☐  Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐   Yes   ☐  No

8.    Did you appeal from the judgment of conviction?

    ☒  Yes   ☐  No

9.    If you did appeal, answer the following:

(a) Name of court:   Delaware Supreme Court

(b) Docket or case number (if you know):   438,2003

(c) Result:   Affirmed Lower Court Decision

(d) Date of result (if you know):   March 4, 2004

(e) Citation to the case (if you know):  Dailey v. State, No. 438,2003

(f) Grounds raised:   Superior Court abused its discretion in sentencing the Petitioner outside the guidelines and joint recommendations of the State and defense counsel, and that the judge exhibited a closed mind (that the judge relied on impermissible sentence factor)

(g) Did you seek further review by a higher state court?   ☐ Yes   ☒ No

    If yes, answer the following:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Result:

    (4) Date of result (if you know):

AO 241
(Rev. 12/04)

Page 4

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☒ Yes    ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court:  Sussex Superior Court

(2) Docket or case number (if you know):  0210012813

(3) Date of filing (if you know):  June 6, 2005

(4) Nature of the proceeding:  Rule 61 Post-conviction Application

(5) Grounds raised:  1. Coerced confession/testimony

2. Ineffective Assistance of Counsel

3. Suppression of Favorable Evidence

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result:  Relief denied

(8) Date of result (if you know):  June 28, 2005

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:  Sussex Superior Court

    (2) Docket or case number (if you know):  0210012813

    (3) Date of filing (if you know):  July 18, 2006

    (4) Nature of the proceeding:  Rule 61 Post-conviction Application

    (5) Grounds raised:  1.  Ineffective Assistance of Counsel

                      2.  Prosecutorial Misconduct

                      3.  Judicial Misconduct

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐   Yes   ☒XNo

    (7) Result:  Relief denied

    (8) Date of result (if you know):  July 25, 2006

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

AO 241
(Rev. 12/04)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☒ No

(2) Second petition:   ☒ Yes   ☐ No

(3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**   INEFFECTIVE ASSISTANCE OF COUNSEL

(See Memorandum of Law,Pp. 3 to 12)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Attorneys for the Petitioner suppressed crucial recanted statements of the victims, failed to show at crucial stages of proceedings, coerced Petitioner into accepting a worse plea than the original plea, had family pressure him with letters begging him to accept the plea, colluded with the prosecution in threats to prosecute daughter if he did not accept plea, remained silent at sentencing and offered no mitigating factors, did not conduct pretrial investigations into mental infirmities of Petitioner and others for defense or plea negoiation, became an ally of the prosecution and judge; and, failed to raise a deadbang winner issue on appeal or effectively present the one issue pressed.

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241
(Rev. 12/04)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

Counsel did not raise the issue on direct appeal

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   Rule 61 Post-conviction Application

Name and location of the court where the motion or petition was filed:

Sussex Superior Court, 1 The Circle, Georgetown, DE 19947

Docket or case number (if you know):   0210012813

Date of the court's decision:   June 28, 2005 and July 25, 2006

Result (attach a copy of the court's opinion or order, if available):  Denied (Refer Appendix A-6)

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☒ No

(4) Did you appeal from the denial of your motion or petition?     ☒ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☒ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   Supreme Court, 55 The Green

Dover, DE 19903

Docket or case number (if you know):   490, 2006

Date of the court's decision:   February 5, 2007

Result (attach a copy of the court's opinion or order, if available):   Affirmed Denial of Rule
61 Relief  (Refer Appendix, A-12)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:**   PROSECUTORIAL MISCONDUCT

(See Memorandum of Law, Pp. 13 to 16)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The prosecutor threatened the prosecution of Petitioner's daughter to make him accept the plea offer, promised Petitioner that he would receive no more than seven (7) years, offered the principal indictee a lesser number of counts and years than he offered the accomplice indictee, colluded with defense counsel in effort to coerce an incompetent person to plead guilty; and, offered known perjured statements/testimony and suppressed it as opposed to correcting it when later brought to the court and defense counsel's knowledge.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)   **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:
Defense Counsel did not raise it

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒X Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   Rule 61 Post-conviction Application

Name and location of the court where the motion or petition was filed:

Sussex Superior Court, 1 The Circle, Georgetown, DE 19947

Docket or case number (if you know):   0210012813

Date of the court's decision:   July 25, 2006

Result (attach a copy of the court's opinion or order, if available):
    Denial of Rule 61 Relief   (Refer Appendix, A-10)


(3) Did you receive a hearing on your motion or petition?                                          ☐ Yes        ☐X No

(4) Did you appeal from the denial of your motion or petition?                                     ☒X Yes       ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒X Yes       ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
    Supreme Court, 55 The Green, Dover, DE 19903

Docket or case number (if you know):   490, 2006

Date of the court's decision:   February 5, 2007

Result (attach a copy of the court's opinion or order, if available): Affirmed the Denial

    of Rule 61 Relief   (Refer Appendix, A-12)


(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:




(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :

have used to exhaust your state remedies on Ground Two




**GROUND THREE:**      JUDICIAL MISCONDUCT

                (See Memorandum of Law, Pp. 17 to 36)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

        Trial Court Judge requested that case be assigned to him
for the purpose of threatening Petitioner into accepting the plea
offer, the judge became an ally of the prosecutor and defense
attorney in effort to overbear the will of an incompetent person
to pressure him into a plea of guilty, sentenced Petitioner on
impermissible factors that were not supported by the factual
record or law, ignored Petitioner's mental incompacities, did not
conduct a required hearing on victims' recanted statements and, thus,
colluded with attorneys to suppress perjury, refused evidentiary
hearing or response from attorneys to allegations.

AO 241
(Rev. 12/04)

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☐  Yes        ☒  No

(2) If you did not raise this issue in your direct appeal, explain why:
Defense Counsel did not raise issue

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes        ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

**Type of motion or petition:**  Rule 61 Post-conviction Application

**Name and location of the court where the motion or petition was filed:**
Sussex Superior Court, 1 The Circle, Georgetown, DE 19947

**Docket or case number (if you know):**    0210012813

**Date of the court's decision:**   July 25, 2006

**Result (attach a copy of the court's opinion or order, if available):**   Denial of Relief (Refer
Appendix, A-10)

(3) Did you receive a hearing on your motion or petition?        ☐   Yes        ☒  No

(4) Did you appeal from the denial of your motion or petition?        ☒ Yes        ☐  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ X Yes        ☐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Supreme Court, 55 The Green, Dover DE 19903

**Docket or case number (if you know):**    490, 2006

**Date of the court's decision:**    February 5, 2007

**Result (attach a copy of the court's opinion or order, if available):**   Affirmed Denial of
Rule 61 Relief (Refer Appendix, A-12)

**AO 241**
(Rev. 12/04)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**      LOWER COURT FACTUAL FINDINGS AND CONCLUSIONS OF
LAW ARE ERRONEOUS AND MISAPPLIED TO A RULE 61
MOTION CLAIM OF ACTUAL INNOCENCE.
(See Memorandum of Law, Pp. 25 to 36)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

        The facts in Grounds One to Three above and in the Memeorandum
of Law were presented to the Trial Court and Appeal Court as incorrect
with respect to the circumstances of the case. Specifically, the bars
to relief that normally apply to a defaulted issue do not apply when
a Petitioner shows cause and prejudice, or raises the issue of actual
innocence with some color to it. The judge made his rulings in what
the Third Circuit Court of Appeals has declared a prohibited factual
vacuum; the record does not support not having a hearing on recanted
statements, threatening behavior of attorneys, nor enhancement of a
sentence due to Petitioner's status as a "sexual predator" because he
has not been determined such legally and no documentation supports same.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes      ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

        Defense counsel did not raise the issue

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☒ Yes      ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

**Type of motion or petition:**  Rule 61 Postconviction Application

AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed:

Sussex   Superior   Court, 1 The Circle, Georgetown, DE 19947

Docket or case number (if you know):   0210012813

Date of the court's decision:   July 25, 2006

Result (attach a copy of the court's opinion or order, if available):

Denial of Rule 61 Relief (Refer Appendix, A-10)

(3) Did you receive a hearing on your motion or petition?                                                ☐ Yes   ☒x No

(4) Did you appeal from the denial of your motion or petition?                                      ☒x Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒x Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Supreme Court, 55 The Green, Dover, DE 19903

Docket or case number (if you know):   490, 2006

Date of the court's decision:   February 5, 2007

Result (attach a copy of the court's opinion or order, if available):   Affirmed Lower Court
Denial of Rule 61 Relief (Refer Appendix, A-12)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)        **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 12/04)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    ☒ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

NO

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:     William Chasanov
                                10 East Pine Street
                                P. O. Box 742
(b) At arraignment and plea:    Georgetown, DE 19947

                                (Same, Chasanov)

(c) At trial:                   John F. Brady
                                P. O. Box 251
                                Georgetown, DE 19947
(d) At sentencing:              (Same, Brady)


(e) On appeal:                  (Same, Brady)


(f) In any post-conviction proceeding:        Pro se Jailhouse Lawyers


(g) On appeal from any ruling against you in a post-conviction proceeding:  (Same, Jailhouse Lawyer)




17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?            ☐ Yes     ☒X No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:




(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?                 ☐ Yes     ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

        The main two reasons that the time bars do not apply to this
case is that it is an actual innocence case pleading in which recanted
statements of the victims were suppressed; and, that Petitioner was
taken advantage of by professed jailhouse lawyers due to his mental
inability to understand legal procedure, pleadings, et cetera, and the
inmates working in the law library only explain things, they do not
render any genuine or meaningful assistance to the incompetent inmates.

The judge and  attorney for the state and defense became allies
in coercing and threatening Petitioner into accepting the plea, which
calls into question the integrity, fundamental fairness...of the
judicial proceedings for which the interest of justice and miscarriage
of justice exceptions should be extended.

The decisions of the State Courts do not rest upon independent
grounds supported by sufficient evidence; the State courts did not
interpret the Federal law questions accurately; and, have actually
arrived at conclusions contrary to United States Supreme Court
precedent case holdings on the same facts.

Conviction of a mentally incompetent person who was coreced and
threatened into accepting a plea that he was attempting to withdraw
from cannot stand - especially when he is actually and legally innocent.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in
part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration
of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of
the Constitution or laws of the United States is removed, if the applicant was prevented from
filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme
Court, if the right has been newly recognized by the Supreme Court and made retroactively
applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.

SAO 241
(Rev. 12/04)

(2)     The time during which a properly filed application for State post-conviction or other collateral review
with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on   July 24, 2007   (month, date, year).

Executed (signed) on   July 16, 2007   (date).

_____
Donald L. Dailey Sr.
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

## IN FORMA PAUPERIS DECLARATION

_____
[insert appropriate court]

* * * * *



DONALD BAILEY SR.
DCC
1181 PADDOCK RD
SMYRNA, DE 19977

PARCEL POST

CLERK
UNITED STATES DISTRICT COURT
844 NORTH KING ST.
WILMINGTON, DE 19801

U.S. POSTAGE
PAID
JUL 2007
$3.95