Dear Sir or Madam,   7/27/07

would you please be so kind as to put this in the packet I mailed to you last Friday I had to wait on the support services office to get this back to me.

Thank you so much

07cv462UNA

FILED
JUL 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Donald Dailey 00257458
Doc
181 Paddock Rd
Smyrna, DE 19977

SOUTH JERSEY NJ 080
08 JUL 2007 PM 2 L

Clerk
US District Court
844 King St
Wilmington, DE 19801