(Rev. 4/97)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

DONALD L. DAILEY, SR.
_____
Plaintiff

V.

THOMAS CARROLL
_____
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 0210012813

I, Donald L. Dailey, Sr. _____ declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant          ☐ Other

FILED
JUL 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No" go to Question 2)

   If "Yes" state the place of your incarceration **Delaware Correctional Center**

   Are you employed at the institution? **No**   Do you receive any payment from the institution? **No**

   Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28: USC §2254.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment       Yes    ☒ No
   b. Rent payments, interest or dividends                Yes    ☒ No
   c. Pensions, annuities or life insurance payments      Yes    ☒ No
   d. Disability or workers compensation payments         Yes    ☒ No
   e. Gifts or inheritances                               Yes    ☒ No
   f. Any other sources                                   ☒ Yes    No

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. Money orders from family approximately $500 last twelve months and it shoul or may continue as such.

4. Do you have a cash or checking or savings accounts?    Yes    (No)

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    Yes    (No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   N/A

   I declare under penalty of perjury that the above information is true and correct.

   July 20, 2007                    _Donald Bailey Sr._
   DATE                             SIGNATURE OF APPLICANT

   # SEE ATTACHED
   # SIX MONTH STATEMENT

Name of my Employer was (Harold Gully & Sons) Bisshopville, MD.

Sorry I made a Mistake on my (Application) here attached, So I put all on this paper about my Employer.
Thank You
So Much
Mr. Donald Dailey Jr
SBI# 257458
Bldg. 18 - B Tier - HandiCap Cell

Date oF last employment was that (Friday oct. 21, 2002) when they arrested me at my home I was renting.

& my Salary was $500.00 gross per week, after taxes my take home was Approximately $425.00.

Pay Period was every (Friday) weekly.      over



Donald Dailey 00257458
SCI
181 Paddock Rd.
Smyrna, DE 19977

Clerk
US District Court
844 King St
Wilmington, DE 19801

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Donald Dailey  SBI#: 257458

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: July 17, 2007

FILED
JUL 30 2007
RGScm
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of January 1, 2007 to June 30, 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | 321.04 |
| Feb | 70.87 |
| March | 64.87 |
| April | 127.23 |
| May | 134.02 |
| June | 80.89 |

Average daily balances/6 months: 133.15

Attachments
CC: File

Stacy Shane
7/17/07

Jeanette L. Hawf
7/17/07

