IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DONALD L. DAILEY, SR.,   )
                    )
      Petitioner,  )
                    )
v.                )   Civil Action No. 07-462-JJF
                    )
THOMAS L. CARROLL,     )
Warden, and ATTORNEY   )
GENERAL OF THE STATE   )
OF DELAWARE,        )
                    )
      Respondents.  )

**O R D E R**

WHEREAS, you have filed a form petition for federal habeas corpus relief pursuant to 28 U.S.C. § 2254 and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915; and

WHEREAS, based on the information in your affidavit, your request to proceed in forma pauperis is granted; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has mandated that, before ruling on the merits of your petition, you must be given notice that the AEDPA applies to your pending petition, see United States v. Miller, 197 F.3d 644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this __14__ day of August, 2007, that, on or before __SEPTEMBER 27, 2007__, you must file the attached election form with the Court.  Failure to timely return the completed election form will result in the Court's ruling on your pending petition as filed.



_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


DONALD L. DAILEY, SR.,      )
                            )
        Petitioner,         )
                            )
v.                          )    Civil Action No. 07-462-JJF
                            )
THOMAS L. CARROLL,          )
Warden, and ATTORNEY        )
GENERAL OF THE STATE        )
OF DELAWARE,                )
                            )
        Respondents.        )

### AEDPA ELECTION FORM


1.  _____      I wish the Court to rule on my § 2254
                  petition as currently pending.  I realize
                  that the law does not allow me to file
                  successive or later petitions unless I
                  receive certification to do so from the
                  United States Court of Appeals for the
                  Third Circuit; therefore, this petition
                  will be my one opportunity to seek federal
                  habeas corpus relief.


2.  _____      I wish to amend my § 2254 petition to
                  include all the grounds I have.  I will
                  do so within thirty (30) days.  I realize
                  that the law does not allow me to file
                  successive or later petitions unless I
                  receive certification to do so from the
                  United States Court of Appeals for the
                  Third Circuit; therefore, this amended
                  all-inclusive petition will be my one
                  opportunity to seek federal habeas corpus
                  relief.


3.  _____      I wish to withdraw my § 2254 petition
                  without prejudice to file one all-inclusive
                  petition in the future; that is, one
                  that raises all the grounds I have for

federal habeas corpus relief.  I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d).  <u>See</u> <u>Swartz v. Meyers</u>,
204 F.3d 417 (3d Cir. 2000).

4.    _____        I am not seeking federal habeas corpus
relief under § 2254.  I am instead seeking
relief under _____.

_____
Petitioner