IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DONALD L. DAILEY, SR.,        )
                              )
       Petitioner,          )
                              )
v.                            )   Civil Action No. 07-462-JJF
                              )
THOMAS L. CARROLL,            )
Warden, and ATTORNEY          )
GENERAL OF THE STATE          )
OF DELAWARE,                  )
                              )
       Respondents.         )

**AEDPA ELECTION FORM**

1. ✓     I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____     I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____     I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for

[RECEIVED OCT - 9 2007, U.S. DISTRICT COURT, DISTRICT OF DELAWARE]

federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

X _____
Petitioner, Donald L. Bailey, Sr.
SBI #257458
Delaware Corr. Center
1181 Paddock Rd.
Smyrna, De. 19977

I/M Donald L. Dailey, Sr.
SBI# 257458 UNIT 18-B-H/c
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To:

Clerk, Peter T. Dalleo
U.S. District Court (Delaware)
Lockbox 18 - 844 King Street
Wilmington, De. 19801

SOUTH JERSEY NJ 080
06 OCT 2007 PM 4 T