D.I. #_____

# CIVIL ACTION
# NUMBER: _____07CV 462 SSF_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.67 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.47 |

Postmark Here

Sent To: WARDEN TOM CARROLL
Street, Apt. No.; or PO Box No.: DELAWARE CORRECTIONAL CENTER 1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA DE 19977

PS Form 3800, August 2006    See Reverse for Instructions