

SS

United States District Court

For the District of Delaware

## Acknowledgement of Service Form (scanned)
## For Service By Return Receipt

Civil Action No. 07CV462

JJF

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent  ☐ Addressee <br> B. Received by ( *Printed Name* )  C. Date of Delivery <br> *Mike Sullivan*  10/3/07 <br> D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: <br><br> WARDEN TOM CARROLL <br> DELAWARE CORRECTIONAL CENTER <br> 1181 PADDOCK RD. <br> SMYRNA, DE 19977 | |
| | 3. Service Type <br> ☑ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)* | 7007 0710 0003 9054 6623 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540