IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD L. DAILEY, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.            ) | Civ. Act. No. 07-462-JJF |
| ) | |
| THOMAS L. CARROLL, et al., ) | |
| ) | |
| Respondents. ) | |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit copies of the following certified state court records[1]:

a.  Appellant's opening brief, *Donald L. Dailey, Sr. v. State of Delaware*, No. 490, 2006, filed October 24, 2006.

b.  State's motion to affirm, *Donald L. Dailey, Sr. v. State of Delaware*, No. 490, 2006, filed November 2, 2006.

c.  Order, *Donald L. Dailey, Sr. v. State of Delaware*, No. 490, 2006, dated February 5, 2007.

                                              STATE OF DELAWARE
                                              DEPARTMENT OF JUSTICE

                                              /s/ Gregory E. Smith
                                              Gregory E. Smith, I.D. No. 3869
                                              Deputy Attorney General
                                              820 North French Street, 7th Floor
                                              Carvel State Building
                                              Wilmington, Delaware  19801

Dated: December 17, 2007                  (302) 577-8398

---

[1] Respondents are awaiting certified copies of Dailey's direct appeal and will supplement this filing as soon as those have been obtained.

## CERTIFICATION OF SERVICE

The undersigned certifies that on December 17, 2007, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned further certifies that on December 18, 2007 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Donald L. Dailey, Sr.
SBI No. 257258
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware  19977

                                            STATE OF DELAWARE
                                            DEPARTMENT OF JUSTICE

                                            /s/ Gregory E. Smith_____
                                            Gregory E. Smith, ID # 3869
                                            Deputy Attorney General
                                            820 North French Street, 7th Floor
                                            Carvel State Building
                                            Wilmington, Delaware 19801
                                            (302) 577-8398