# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD L. DAILEY, SR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civ. Act. No. 07-462-JJF |
| | ) |
| THOMAS L. CARROLL, et al., | ) |
| | ) |
| Respondents. | ) |

## NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit copies of the following certified state court records:

d.  Appellant's opening brief and appendix, *Donald L. Dailey, Sr. v. State of Delaware*, No. 438, 2003, filed November 6, 2003.

e.  State's answering brief and appendix, *Donald L. Dailey, Sr. v. State of Delaware*, No. 438, 2003, filed December 8, 2006.

f.  Order, *Donald L. Dailey, Sr. v. State of Delaware*, No. 438, 2003, dated March 4, 2004.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware  19801

Dated: December 26, 2007            (302) 577-8398

## CERTIFICATION OF SERVICE

The undersigned certifies that on December 26, 2007, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned further certifies that on December 26, 2007 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Donald L. Dailey, Sr.
SBI No. 257258
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware  19977

                                            STATE OF DELAWARE
                                            DEPARTMENT OF JUSTICE

                                            /s/ Gregory E. Smith_____
                                            Gregory E. Smith, ID # 3869
                                            Deputy Attorney General
                                            820 North French Street, 7th Floor
                                            Carvel State Building
                                            Wilmington, Delaware 19801
                                            (302) 577-8398