IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DONALD L. DAILEY,            :
                             :
        Petitioner,          :
                             :
v.                           :    Civil Action No. 07-462-JJF
                             :
PERRY PHELPS,                :
Warden, and ATTORNEY         :
GENERAL OF THE STATE         :
OF DELAWARE,                 :
                             :
        Respondents.[1]      :

**O R D E R**

Petitioner has filed a Motion for an Extension of Time to File a Reply to the State's Answer. (D.I. 19.) Petitioner's Motion is **GRANTED**, and Petitioner shall file his Reply no later than February 14, 2008.

January 14, 2008
DATE

UNITED STATES DISTRICT JUDGE

---

[1] Warden Perry Phelps assumed office in January 2008, replacing former Warden Thomas Carroll, an original party to this case. See Fed. R. Civ. P. 25(d)(1).