IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DONALD L. DAILEY, SR.,  )
    Petitioner,  )
                    )
    v.  )   Civ. A. No. 07-462-JJF
                    )
THOMAS L. CARROLL, ET AL,  )
    Respondent.  )
                    )

FILED
FEB - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITIONER'S MOTION FOR EXTENSION OF TIME    *Bo scanned*

Pursuant to Rule 6(b), F.R.Civ.P. the Petitoner requests that this Court grant him an enlargement of time within which to file his response to the Respondent's Answer. In support he offers the following:

1. Petitoner is not legally skilled and has been relying on other inmates to litigate for him in this matter. The most recent inmate assisting him has abandoned him at this crucial moment when the response is required to be made to the Respondent's answer. Petitioner must review all the documents the inmate had and figure out what to do, and how to do it, or to find another person to help him.

2. Petitioner is sequested from the general prison population and does not have access to the main law library. He relies on a satellite library from which to research and is limited to a few case cite requests per week. He is then required to struggle with reading and understanding the cases and then attempt to draft a document in response to the Respondent's answer. This is a

1

very time consuming and tedious project, which may demand that Petition make several requests before getting the right cases since it is a paging system in which he relies upon clerks in the satellite law library.

3. Without the enlargement of time the Petitioner will not be able to make the required response to the Respondent's answer and the interest of justice will not be served.

Wherefore, the Petitioner prays that this Court will grant him an additional 30 days within which to file a response to the respondent's answer, of until March 14, 2008.

January 31, 2008.

Respectfully submitted,

*Donald L. Dailey, Sr.*

Donald L. Dailey, Sr.
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Certificate of Service

I, Donald L. Dailey, Sr., swear that I have served Mr. Gregory E. Smith true copies of my motion for extension of time via mail on this 31st day of January, 2008.

*Donald L. Dailey, Sr.*

Donald L. Dailey, Sr.
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Mr. Gregory E. Smith, Esquire
Department of Justice
820 N. French Street, 6th Fl.
Wilmington, Delaware 19801



DONALD L. DAILEY Sr. 00257458
DCC
1181 PADDOCK Rd
SMYRNA, DE 19977

WILMINGTON DE 197
31 JAN 2008 PM 1 L

CLERK
U.S. DISTRICT COURT
844 King St.
Wilmington, DE 19801