IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DONALD L. DAILEY,                    :
                                     :
          Petitioner,                :
                                     :
v.                                   :      Civil Action No. 07-462-JJF
                                     :
PERRY PHELPS,                        :
Warden, and ATTORNEY                 :
GENERAL OF THE STATE                 :
OF DELAWARE,                         :
                                     :
          Respondents.               :

### O R D E R

Petitioner has filed a second Motion for an Extension of

Time to File a Reply to the State's Answer.  (D.I. 21.)

Petitioner's Motion is **GRANTED**, and Petitioner shall file his

Reply no later than March 14, 2008.

_____          _____
     February 7, 2008                 UNITED STATES DISTRICT JUDGE
         DATE