February 11, 2008


Clerk
U.S. District Court
844 N. King Street
Wilmington, DE 19801


Re: Dailey v. Carroll, Civ. A. No. 07-462-JJF


Dear Clerk:

Pleas find enclosed my Reply to Respondents' Answer to be filed and processed with the Court.

My thanks!


Sincerely yours,

Donald L. Dailey, Sr.
Donald L. Dailey, Sr.
Delaware Correctional Center
1181 Paddock road
Smyrna, Delaware 19977



FILED
FEB 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

X.c

/dld,sr