In The United States District Court
For The District of Delaware

Donald L. Dailey SR.
Petitioner

vs.

Perry Phelps, et al.,
Respondents

C.A. No. 07-462-JJF



PO scanned

### Petitioner's Request to add the attached Affadavit to the record due to an oversight.

### Affidavit of Donald L. Dailey SR.

1) This affadavit is made for good cause and in the interest of justice, not for the purpose of delay.

2) The grounds for this affidavit is because to let the court know: Petitioner is <u>incompetent</u> and <u>functionally illiterate</u> in reading law and when using a prison Law Library and I must rely on Legal assistance from other inmates and so called "<u>Jailhouse Lawyers</u>" to help me research and prepare all of my legal pleadings. This is one of petitioners "<u>equitable Tolling</u>" factors petitioner has alleged in his habeas corpus as a reason to Tollor excuse the late filing of my petition.

A-42

4.) I have been taken advantage of by a few inmates claiming to help me then abandoned me, holding my legal materials, and ect., and my case, along with how this inadequate <u>Law Library</u> is run. So Petitioner Prays that MR. Gregory E. Smith, Esquire honor's this Affadavit along with THE U.S. District Court.

## Verification

all of the facts and information provided herein are true and Correct and sworn to under the Penalties of Perjury.

Respectfully Submitted
Donald R. Dailey Sr.
Donald L. Dailey Sr.
SBI # 257458
(Petitioner/Pro-Se)
Del. Corr. Center,
1181 Paddock Rd.
Smyrna, De. 19977

Dated:
Febuary 20Th, 2008

I/M Donald Dailey SR.
SBI# 257458  UNIT 18-B-HC cell
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.41⁰  FEB 25 2008
MAILED FROM ZIPCODE 19977

To: The Clerk of THE United
States District Court, For THE
District Of Delaware, 844 N. King St.
Wilmington, Delaware
19801

Legal Mail