IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD L. DAILEY, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 07-462-JJF |
| | : | |
| PERRY PHELPS, | : | |
| Warden, and ATTORNEY | : | |
| GENERAL OF THE STATE | : | |
| OF DELAWARE, | : | |
| | : | |
| Respondents. | : | |

**O R D E R**

Petitioner has filed a Motion For Expansion Of The Record, requesting permission to supplement his Reply with his daughter's affidavit. (D.I. 25.) Petitioner's Motion is **GRANTED**.

_March 28, 2008_          _[signature]_
DATE                      UNITED STATES DISTRICT JUDGE