D.I. #_____

# CIVIL ACTION
# NUMBER: _____ 07cv462 JJF _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

