D.I. #_____

# CIVIL ACTION
# NUMBER: _____ 07CV 462 JJF _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WILMINGTON DE 19801

| | | |
|---|---|---|
| Postage | $ | 76  $0.96 |
| Certified Fee | | 265  $2.70 |
| Return Receipt Fee (Endorsement Required) | | 215  $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | 565.86 |

Postmark Here  07/31/2008
07CV 462 JJF

Sent To: LOREN MEYERS
Street, Apt. No.; or PO Box No.: DEPUTY ATTORNEY GENERAL
                                  DEPARTMENT OF JUSTICE
City, State, ZIP: 820 N. FRENCH STREET

PS Form 3800, August 2006          See Reverse for Instructions

7007 3020 0002 3324 6678