# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Civil Action No. 07CV 462JJF

## RETURN OF SERVICE BY MAIL

The party listed on the *Return Receipt Card* below was served by registered mail, return receipt requested on the dated indicated on the card:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X C/o Hoof  ☐ Agent  ☑ Addressee<br>B. Received by (*Printed Name*) D- NOOFNAGLE   C. Date of Delivery |
| 1. Article Addressed to:<br><br>WARDEN PERRY PHELPS<br>JAMES T. VAUGHN CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DE 19977<br><br>07CV462 JJF | D. Is delivery address different from item 1? ☐ Yes  ☑ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7007 3020 0002 3324 6685 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540