IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| DONALD L. DAILEY, SR.,<br>    Petitioner Below,<br>    Appellant,<br><br>v.<br><br>THOMAS CARROLL,<br>PERRY PHELPS, and,<br>ATTORNEY GENERAL (Delaware),<br>    Respondents Below,<br>    Appellees. | No.:<br><br>On Appeal Fron The District Court<br>of the State of Delaware<br>Civ. A. No.: 07-462-JJF |

NOTICE OF APPEAL

Pursuant to Rules 3(a), FRAP, Rule 3.4 LAR and the provisions of the AEDPA for Certificate of Appealability the Appellant gives notice that he is in want to appeal the holdings of the District Court Order issued on July 29, 2008 in which the District Court denied relief on Habeas Corpus. In support he offers the following:

The rulings of the District Court Judge are clearly erroneous as a matter of federal law and ignore the underlying Constituional claims raised by Appellant in his petition and memorandum of law.

Appellant has served the Respondents/Appellees as stated in the Certificate of Service annexed/attached.

This appeal is brought with the sole purpose of vindicating the Appellant's claims because he believes that they have werit, and not to harrass nor in any other manner impose ill will against any party.

Dated: August 20, 2008.

Respectfully submitted,

*Donald L. Dailey, Sr.*
Donald L. Dailey, Sr.
JTV Correctional Center
1181 Paddock Road
Smyrna, DE 19977

FILED
AUG 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Statement of the Pro Se Litigant

I, Donald L. Dailey, Sr, swear under penalty of perjury that I bring this appeal in good faith and without malice to any party because I believ the claims are valid and that the Diostrict Court made erroneous rulings and ignored or overlooked the Constitutional issues underlying those claims.

Ssorn to and subscribed this 20th day of August, 2008.

*Donald L. Dailey, Sr*
Donald L. Dailey, Sr.
JTV Correctional Center
1181 Paddock Road
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD L. DAILEY, SR., | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 07-462-JJF |
| PERRY PHELPS, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : |
| Respondents. | : |

## O R D E R

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Petitioner Donald Dailey, Sr.'s Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

Dated: July 29, 2008

_____
UNITED STATES DISTRICT JUDGE

## Other Orders/Judgments

1:07-cv-00462-JJF Dailey v. Carroll et al
HABEAS, PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 7/30/2008 at 10:49 AM EDT and filed on 7/29/2008
**Case Name:**         Dailey v. Carroll et al
**Case Number:**       1:07-cv-462
**Filer:**
**WARNING: CASE CLOSED on 07/29/2008**
**Document Number:**   29

**Docket Text:**
**ORDER DISMISSING application for writ of habeas corpus and DENYING writ (copy to pltf.; copy with petition served on respondent and Attorney General for DE) *The Court declines to issue a certificate of appealability (CASE CLOSED). Signed by Judge Joseph J. Farnan, Jr. on 7/29/2008. (nms)**

**1:07-cv-462 Notice has been electronically mailed to:**

Gregory E. Smith   greg.smith@state.de.us

**1:07-cv-462 Notice has been delivered by other means to:**

Donald L. Dailey, Sr
SBI #257458
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/30/2008] [FileNumber=606639-0]
[e01b939a6e67b797767f68b5a82f626be1401166706b1b5f6b64adcf4a2957b85648
bd59d4658c3e5416c0640ab7ded1f2ceb5bf72e7ae7700f9a06ef35e83ec]]

Certificate of Service

I, Donald L. Dailey, Sr., swear that I have served Gregory E. Smith true copies of my notice of appeal via mail on this 24, th day of August, 2008.

*Donald L. Dailey, Sr.*
Donal L. Dailey, Sr.
JTV Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Mr. Gregory E. Smith, Esquire
Department of Justice
820 N. French Street, 6th Fl.
Wilmington, DE 19801



DONALD DAILEY SR
257458 UNIT T-2 BED #6
JAMES T. VAUGHN C.C.
1181 PADDOCK RD.
SMYRNA, DE 19977

CLERK
US DISTRICT COURT
844 KING Street
W/LM. DE 19801

WILMINGTON DE 197
26 AUG 2008 PM 4 L